# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3072
LT Case No. 2025-101047-MMDB

_____

WILLIAM FALOON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Volusia County.
Wesley Harold Heidt, Judge.

Matthew J. Metz, Public Defender, and Gregg R. Brennan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

June 2, 2026

PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____